UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN REEVES,<br>Plaintiff<br>v.<br>HOLZ,<br>Defendant | Case No. 3:26-cv-00653-ART-CLB<br>ORDER |

## I. DISCUSSION

Plaintiff Sean Reeves, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has filed an application to proceed *in forma pauperis* but has not filed a complaint in this matter. (ECF No. 1).

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff until September 30, 2026, to submit a complaint to this Court.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before September 30, 2026.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: September 2, 2026.

UNITED STATES MAGISTRATE JUDGE