UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN REEVES,<br>Plaintiff<br>v.<br>HOLZ,<br>Defendant | Case No. 3:26-cv-00653-ART-CLB<br>ORDER |

## I. DISCUSSION

On September 2, 2026, this Court ordered Plaintiff Sean Reeves, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), to file a complaint on or before September 30, 2026, and noted that the Court may dismiss if he did not timely comply. (ECF No. 5). Instead of filing a complaint, Plaintiff submitted an application to proceed *in forma pauperis.* (ECF No. 6). The Court will grant Plaintiff an extension of time to file a complaint in this case. *See* Fed. R. Civ. P. 3 (stating "[a] civil action is commenced by filing a complaint with the court").

The Court notes that Plaintiff initiated two lawsuits within a couple of days of each other--3:26-cv-00653-ART-CLB and 3:26-cv-00665-MMD-CLB. This lawsuit has a completed application to proceed *in forma pauperis* but is missing a complaint. The #665 lawsuit has a complaint but no application to proceed *in forma pauperis.* If Plaintiff meant to initiate only one lawsuit, he should file his complaint under this case number, 3:26-cv-00653-ART-CLB, and file a motion to voluntarily dismiss the latter filed case, 3:26-cv-00665-MMD-CLB.

///

///

///

///

///

**II. CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff will submit a complaint to this Court on or before November 13, 2026. If Plaintiff does not timely comply with this order, dismissal of this action may result.

The Clerk of Court is **DIRECTED** to send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: October 14, 2026.

UNITED STATES MAGISTRATE JUDGE