UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN REEVES,<br>Plaintiff<br>v.<br>HOLZ,<br>Defendant | Case No. 3:26-cv-00653-ART-CLB<br>ORDER |

## I. DISCUSSION

On September 2, 2026, this Court ordered Plaintiff Sean Reeves, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), to file a complaint on or before September 30, 2026, and noted that the Court may dismiss if he did not timely comply. (ECF No. 5). Instead of filing a complaint, Plaintiff submitted an application to proceed *in forma pauperis.* (ECF No. 6). The Court will grant Plaintiff an extension of time to file a complaint in this case. *See* Fed. R. Civ. P. 3 (stating "[a] civil action is commenced by filing a complaint with the court").

The Court notes that Plaintiff initiated two lawsuits within a couple of days of each other--3:26-cv-00653-ART-CLB and 3:26-cv-00665-MMD-CLB. This lawsuit has a completed application to proceed *in forma pauperis* but is missing a complaint. The #665 lawsuit has a complaint but no application to proceed *in forma pauperis.* If Plaintiff meant to initiate only one lawsuit, he should file his complaint under this case number, 3:26-cv-00653-ART-CLB, and file a motion to voluntarily dismiss the latter filed case, 3:26-cv-00665-MMD-CLB.

///

///

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before November 13, 2026. If Plaintiff does not timely comply with this order, dismissal of this action may result.

The Clerk of Court is DIRECTED to send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: October 15, 2026.

UNITED STATES MAGISTRATE JUDGE